STATE of Missouri, Respondent,

v.

Rick L. BURRIS, Appellant.

No. WD 45009.

Missouri Court of Appeals, Western District.

Submitted Sept. 9, 1992.

Decided Sept. 29, 1992.

Lloyd Koelker, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and SPINDEN and SMART, JJ.

## ORDER

PER CURIAM.

Defendant appeals from a conviction after jury trial, of second degree murder and armed criminal action, for which he received concurrent sentences of ten and three years' imprisonment.

The judgment of conviction is affirmed. Rule 30.25(b).